IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| JAMES WILLIAMS, SR. | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 104CV0045 |
| | § | |
| TEXAS DEPARTMENT OF MENTAL HEALTH | § | |
| AND MENTAL RETARDATION AND | § | |
| ABILENE STATE SCHOOL, | § | |
| Defendants. | § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 11 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

**AGREED MOTION FOR ENLARGEMENT OF TIME TO FILE DISMISSAL PAPERS**

TO THE HONORABLE JUDGE SAM R. CUMMINGS:

COMES NOW, Plaintiff, James Williams, Sr. and Defendants Texas Department of Mental Health and Mental Retardation and Abilene State School, and hereby submits this Agreed Motion for Enlargement of Time to File Dismissal Papers.

1. On September 7, 2005 before trial began, counsel on both sides announced settlement.

2. On September 7, 2005, Court signed an order directing administrative closure of case and gave counsel 30 days to file papers necessary to dismiss this action.

3. Parties have entered into and signed a Compromise and Release Agreement.

4. Counsel for Defendant is in the process of obtaining the appropriate approvals but needs a thirty day extension to obtain such administrative approval and to process the settlement check.

WHEREFORE, the Parties pray that this Motion for Enlargement of Time to File Dismissal Papers be extended until November 7, 2005.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. MCBEE
First Assistant Attorney General

EDWARD D. BURBACH
Deputy Attorney General for Litigation

JEFF L. ROSE
Chief, General Litigation Division

by permission: RUSS W. HARRIS
Texas Bar No. 09092600
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120/(512) 320-0667 FAX

Tx Bar No
24010301

ATTORNEYS FOR DEFENDANTS

---

JAMES E. POLK
Texas Bar No. 16089500
100 N. Central Expressway
Suite 1018, Lock Box 107
Dallas, Texas 75201-4362
(214) 742-7212

ATTORNEY FOR PLAINTIFF

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. MCBEE
First Assistant Attorney General

EDWARD D. BURBACH
Deputy Attorney General for Litigation

JEFF L. ROSE
Chief, General Litigation Division

---

RUSS W. HARRIS
Texas Bar No. 09092600
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120/(512) 320-0667 FAX

ATTORNEYS FOR DEFENDANTS

JAMES E. POLK
Texas Bar No. 16089500
100 N. Central Expressway
Suite 1018, Lock Box 107
Dallas, Texas 75201-4362
(214) 742-7212

ATTORNEY FOR PLAINTIFF